UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

YASMANI GUETE-HERNANDEZ,

                Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

                Respondent.

No.  6:26-CV-00147-H

## ORDER

Before the Court is Petitioner Yasmani Guete-Hernandez's petition for writ of habeas corpus under 28 U.S.C. § 2241.  Dkt. No. 1.  The Court notes that Petitioner can no longer be located through ICE's Online Detainee Locator System using his biographical information, country of citizenship, and A-Number.[1]  However, Petitioner's updated case information on the EOIR website indicates that he was ordered removed on June 22, 2026, and the appeal is due by July 22, 2026.[2]  As a result, the Court directs the respondent to file a notice by 5:00 pm CT on Wednesday, July 8, 2026, advising the Court whether Petitioner remains in ICE custody, and if he does, where he is located.

So ordered.

Dated July __2__, 2026.

                                        _____
                                        JAMES WESLEY HENDRIX
                                        United States District Judge

---

[1] *See* https://locator.ice.gov/odls/#/results (last checked July 1, 2026).

[2] *See* https://acis.eoir.justice.gov/en/caseInformation (last checked July 1, 2026).